UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNDAR GONGAJU,              )<br>                                               )<br>            Plaintiff,              )<br>v.                                           )<br>                                               )   C. A. No. 17-cv-12219-RWZ<br>SELECT PORTFOLIO SERVICING, INC.,   )<br>                                               )<br>            Defendant.         ) | |

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby joint provide the Court with a status update in accordance with the order entered at the Scheduling Conference. The Parties have reached mutual agreement on material terms to resolve fully and completely all remaining claims, subject only to finally negotiating any outstanding specific language of and executing a definitive settlement agreement.  The Parties are in the process of drafting the required documents to memorialize formally their settlement, which will include dismissal with prejudice of this action.  The Parties request 45 days to complete all required documents and to consummate their settlement in accordance with the material terms agreed, subject to a reasonable extension if required.

| | |
|---|---|
| Respectfully submitted,<br>SUNDAR GONGAJU,<br>By his attorneys, | Respectfully submitted,<br>SELECT PORTFOLIO SERVICING, INC.,<br>By its attorneys, |
| /s/ Alexa Rosenbloom<br>Alexa Rosenbloom (BBO #679018)<br>Matthew Brooks (BBO # 693322)<br>Greater Boston Legal Services<br>197 Friend Street<br>Boston, MA 02114<br>Telephone: 617.603.1542<br>E-mail: ARosenbloom@gbls.org | /s/ Peter F. Carr, II<br>Peter F. Carr, II (BBO #600069)<br>ECKERT, SEAMANS, CHERIN &<br>MELLOTT, LLC<br>Two International Place, 16th Floor<br>Boston, Massachusetts  02110<br>Telephone:  617.342.6800<br>Facsimile:   617.342.6899<br>E-mail:  PCarr@eckertseamans.com |

 Dated:  June 8, 2018

{K0737721.1}

## **CERTIFICATE OF SERVICE**

      I, Peter F. Carr, II, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  June 8, 2018          /s/ Peter F. Carr, II
                                        Peter F. Carr, II