UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNDAR GONGAJU,<br><br>              Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)       C. A. No. 17-cv-12219-RWZ<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sundar Gongaju, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby dismisses the above-captioned action with prejudice and without costs, waiving all rights of appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **SUNDAR GONGAJU,** | **SELECT PORTFOLIO SERVICING, INC.,** |
| By his attorneys, | By its attorneys, |
| /s/ Alexa Rosenbloom<br>Alexa Rosenbloom (BBO #679018)<br>Matthew Brooks (BBO # 693322)<br>Greater Boston Legal Services<br>197 Friend Street<br>Boston, MA 02114<br>Telephone: 617.603.1542<br>ARosenbloom@gbls.org<br>MBrooks@gbls.org | /s/ Peter F. Carr, II<br>Peter F. Carr, II (BBO #600069)<br>ECKERT, SEAMANS, CHERIN & MELLOTT, LLC<br>Two International Place, 16th Floor<br>Boston, Massachusetts  02110<br>Telephone:  617.342.6800<br>Facsimile:   617.342.6899<br>pcarr@eckertseamans.com |

Dated:  August 27, 2018

{K0748288.1}

## **CERTIFICATE OF SERVICE**

      I, Peter F. Carr, II, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  August 27, 2018          /s/ Peter F. Carr, II
                                                            Peter F. Carr, II